

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00767-CV

Christina Marie **DIAZ**,
Appellant

v.

Felipe G. **DIAZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-04150
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Christina Marie Diaz.

SIGNED December 27, 2019.

_____
Patricia O. Alvarez, Justice